# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 29, 2021

## NO. 03-19-00778-CV

**Ferrol O. Angell and Betty J. Angell, Appellants**

**v.**

**Clinton W. Culpepper and Candace Culpepper Light, Appellees**

**APPEAL FROM THE 20TH DISTRICT COURT OF MILAM COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND TRIANA
AFFIRMED IN PART, REVERSED IN PART AND REMANDED
OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the judgment signed by the trial court on October 1, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. We affirm the judgment that the appellants take nothing by their claims for fraud and negligent misrepresentation and that the appellants' defense of unilateral mistake fails as a matter of law. We reverse the judgment in all other respects and remand the cause for further proceedings consistent with the Court's opinion. The parties shall bear their own costs relating to this appeal, both in this Court and in the court below.